LEGAL SERVICES OF NORTHERN CALIFORNIA

Antonio Valdez, SBN # 288656
190 Reamer Street
Auburn, CA  95603
Telephone: (530) 823-7560
Facsimile: (530) 823-7601

Attorney for Plaintiff,
Teresa John

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

TERESA L. JOHN,

      Plaintiff,

      v.

ANDREW SAUL,
Commissioner of Social Security,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:    2:19-cv-02008-CKD

STIPULATION AND
PROPOSED  ORDER FOR
EXTENSION OF TIME
(Plaintiff's First  Request)

IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the time for Plaintiff to file his Motion for Summary Judgment be extended thirty (30) days from May 1, 2020, to June 1, 2020.  This is Plaintiff's first request for an extension of time.  Good cause exists for the extension as Counsel for Plaintiff and Defendant have been in discussion and clarification about administrative proceedings pending before the Commissioner. The parties have agreed to proceed with the present action before this Court, and the Plaintiff is preparing its motion for summary judgment accordingly.  The parties further stipulate that all subsequent due dates be extended accordingly.

Dated: April 21, 2020       MCGREGOR W. SCOTT
                         United States Attorney

1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/  *Ben A. Porter*
      BEN A PORTER
      Special Assistant U.S. Attorney
      Attorneys for Defendant
      (*as authorized via e-mail on April 21, 2020)

Dated: April 21, 2020          Respectfully Submitted

By:   /s/ Antonio Valdez
      Antonio Valdez
      Legal Services of Northern California
      Attorney for the Plaintiff

ORDER

APPROVED AND SO ORDERED.

Dated:  April 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2-